| | |
|---|---|
| 1 | RICHARD J. DOREN, SBN 124666 |
|   |    rdoren@gibsondunn.com |
| 2 | HEATHER L. RICHARDSON, SBN 246517 |
|   |    hrichardson@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 4 | Los Angeles, CA  90071-3197 |
|   | Telephone: 213.229.7000 |
| 5 | Facsimile:  213.229.7520 |
| 6 | GEOFFREY M. SIGLER (*pro hac vice*) |
|   |    gsigler@gibsondunn.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Ave., N.W. |
| 8 | Washington, D.C. 20036-5306 |
|   | Telephone: 202.955.8500 |
| 9 | Facsimile:  202.467.0539 |
| 10 | Attorneys for Defendant, |
|    | AETNA LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.; | CASE NO. CV-12-2819-MMC |
| Plaintiffs, | **[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | The Hon. Maxine M. Chesney |
| | Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO FILE FULL SCOPE OF EVIDENCE IN ELECTRONIC FORMAT

| | |
|---|---|
| ALISON B. and DANIEL B.<br><br>   Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 3:16-cv-01398-MMC<br><br>Complaint Filed: 03/22/2016 |
| WILLIAM B. and RYAN B.<br><br>   Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 3:16-cv-01402-MMC<br><br>Complaint Filed: 03/22/2016 |
| LLOYD B. and TALYA B.<br><br>   Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 3:16-cv-01405-MMC<br><br>Complaint Filed: 03/22/2016 |
| RODNEY K. and BRIAN K.<br><br>   Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 3:16-cv-01397-MMC<br><br>Complaint Filed: 03/22/2016 |
| MARK L. and ELAINE L.<br><br>   Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 3:16-cv-01399-MMC<br><br>Complaint Filed: 03/22/2016 |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**ORDER**

Good cause being shown in the Parties' Joint Stipulation Regarding the Filing of Documents Applicable to All Related Cases, IT IS HEREBY ORDERED THAT any document that applies to all twelve (12) related cases shall be filed <u>only</u> in the lead action (Case No. 3:12-cv-02819), and are deemed filed in all twelve (12) related cases.

**IT IS SO ORDERED.**

DATED this __22__ day of __July_____, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California